**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

EVER SAMUEL MONTENEGROS OLIVAS,

Petitioner,

v. No. 2:26-cv-01054-MLG-JFR

TODD LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Ever Samuel Montenegro Olivas's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"), Doc. 1. The Court, having considered the Petition, having held a hearing on August 26, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the August 26, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), *Diallo v. Orozco*, No. 2:26-cv-00066-MLG-JHR, 2026 WL 608476 (D.N.M. Mar. 4, 2026), and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Because Montenegro Olivas has been granted the habeas relief sought in his Petition, the following motions are hereby denied as moot[1]:

- Doc. 2 – Emergency Motion for Temporary Restraining Order and Preliminary Injunction

---

[1] See *United States v. Fisher*, 805 F.3d 982, 989 (10th Cir. 2015) ("A claim is moot if a party has already obtained the only relief it seeks.") (citing S. Utah Wilderness All. v. Smith, 110 F.3d 724, 727 (10th Cir. 1997)).

- Doc. 10 – Motion to Dismiss
- Doc. 12 – Motion to Strike
- Doc. 13 – Motion to Withdraw Motion to Strike
- Doc. 14 – Motion to Amend/Correct Doc. 11

Montenegro Olivas shall be released within forty-eight hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents in October 2025 along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA